LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (State Bar No. 215888)
433 North Camden Drive, Suite 600
Beverly Hills, CA 90210
Telephone: 310.887.1440
Facsimile: 310.496.1420

JS-6

Attorneys for Plaintiff
FRANK AVINA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AVINA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK K. WILLIS COMPANY, INC. d/b/a AMERICAN RECOVERY SERVICE; and NATIONS RECOVERY SERVICES, INC., a California corporation,<br><br>Defendants. | CASE NO. CV 15-5008 CAS (JCx)<br><br>**[PROPOSED]** **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Action Filed:     7/2/15<br>Rule 16(b) Conf.: 12/14/15<br>Trial Date:         None Set |

## ORDER DISMISSING ACTION

The parties having stipulated, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice. With the exception of any payments required to be made pursuant to the parties' settlement agreement, the parties shall bear their own respective attorney's fees and costs in this action.

**IT IS SO ORDERED.**

Dated: November 30, 2015

_____
United States District Judge

---

1

ORDER DISMISSING ACTION – CASE NO. CV 15-5008 CAS (JCx)